# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| TUAN ANH DANG,<br><br>          Plaintiff,<br><br>v.<br><br>JEFFERSON SESSIONS, SCOTT BENIEKE, MIKE STASKO, and ELAINE DUKE,<br><br>          Defendants. | Civil No. 17-2126 (JRT/SER)<br><br>**ORDER** |

Phillip F. Fishman, **PHILLIP FISHMAN LAW OFFICE,** 10 South Fifth Street, Suite 1005, Minneapolis, MN 55402, Rachel Petersen, **RACHEL PETERSEN LAW OFFICE,** 10 South Fifth Street, Suite 1005, Minneapolis, MN 55402, for plaintiff.

Ana H. Voss, Ann M. Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 5541, for defendants.

Jennifer Moeller, 7239 East Knoll Street, Messa, AZ 85207, *pro se* defendant.

A Report and Recommendation was filed by Magistrate Judge Steven E. Rau on September 21, 2017 [Docket No. 9]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court ADOPTS the Report and Recommendation of the Magistrate Judge dated September 21, 2017 [Docket No. 9]. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Tuan Anh Dang's Petition for a Writ of Habeas Corpus [Docket No. 1] is **DENIED** as moot; and

2. This action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 10, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court